UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KEITH NORDBY and DONNA NORDBY,

        Plaintiff,

    v.

WELLS FARGO HOME MORTGAGE dba PREMIERE ASSET SERVICES, BANK OF AMERICA NATIONAL ASSOCIATION, as successor by merger to LaSALLE BANK NATIONAL ASSOCIATION, as TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2006-3AR, NDEX WEST, LLC, PINNACLE REAL ESTATE GROUP OF LAKE TAHOE, INC., a California corporation, RONALD WALKER, an individual, DOES 1 through 50, inclusive, and all other persons unknown claiming any right title, estate, lien or interest in the real property described herein,

        Defendants.

_____/

NO. CIV. 2:10-319 WBS DAD

ORDER OF RECUSAL

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America,

1

1 | Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
2 |             IT IS THEREFORE ORDERED that the Clerk of the Court
3 | reassign this case to another judge for all further proceedings,
4 | making appropriate adjustments in the assignments of civil cases
5 | to compensate for such reassignment.
6 | DATED:  March 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE